■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BOGAN, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PABLO FALU, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN HUNTER, Appellant.— Order unanimously affirmed. Although under the rule in *People* v. *Breslin* (4 N Y 2d 73) we are not required to do so, we have examined the record and on such review we find no basis for disturbing the prior order of affirmance. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ In the Matter of ALBERT ENGLE et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator of Temporary State Housing Rent Commission, Respondent, and YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF CITY OF NEW YORK, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ HARRY GRAY, Appellant, v. F & R TRUCKING CO., INC., et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

49 EASTERN ROLLING MILLS, INC., Appellant, v. ERNEST SLIDE FASTENER CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

## (May 28, 1958)

■ KATHERINE HISTON et al. v. HEARN DEPARTMENT STORES, INC., et al. — Motion for a stay granted upon condition that the appellant serves and files the record on appeal and appellant's points on or before June 2, 1958, with notice of argument for June 10, 1958, and respondents' points to be served and filed on or before June 9, 1958, at 12 o'clock noon, and it is further ordered that the title of the appeal may be abbreviated as set forth in the order to show cause. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.